MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for WILLIAM LESLEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,
              Plaintiff,

     v.

WILLIAM LESLEY,
              Defendant.

===============================

) No. 2:23-178 DAD
)
) STIPULATION AND ORDER TO
) CONTINUE STATUS CONFERENCE
) AND TO EXCLUDE TIME
)
) Requested date: 5-13-2024
) Time: 9:30 a.m.
) Judge: Hon. Dale A. Drozd
)

It is hereby stipulated between the parties, Haddy Abouzeid, Assistant United States Attorney, and Michael D. Long, attorney for defendant WILLIAM LESLEY, that the status hearing set for April 16, 2024, at 9:30 a.m., before Judge Drozd, should be continued and re-set for May 13, 2024, at 9:30 a.m., before Judge Drozd.

This stipulation only concerns defendant WILLIAM LESLEY.

Mr. Long is presently in a jury trial in Dept. 41 (Judge Gweon) of the Sacramento Superior Court.  We estimate the trial will be completed on or about May 2, 2024.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  The government has provided 180 pages of discovery and multiple audio and body camera recordings.  Mr. Long continues to read and view the discovery, investigate the case and meet with his client.  Counsel for defendant believes that failure

to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of the defendant in a speedy trial. Time has already been excluded through May 13, 2024.

The request for extending the date for the status conference is at the specific request of the defendant and with the knowing, intelligent and voluntary waiver of the defendant's speedy trial rights under the law. The government agrees that a continuance is necessary. Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from today's date to May 14, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  April 10, 2024                    Respectfully submitted,

                                          /s/ Michael D. Long
                                          MICHAEL D. LONG
                                          Attorney for William Lesley

Dated:  April 10, 2024                    PHILLIP TALBERT
                                          United States Attorney

                                          /s/ Haddy Abouzeid
                                          HADDY ABOUZEID
                                          Assistant United States Attorney

///

///

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference in this matter previously scheduled for April 16, 2024, is vacated as to defendant Lesley only and is hereby continued to May 13, 2024, at 9:30 a.m., before District Court Judge Dale A. Drozd. In addition, time is is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  Time is excluded through the new hearing date of May 13, 2024.


IT IS SO ORDERED.

Dated:  **April 11, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

– 3 –