MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for WILLIAM LESLEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:23-178 DAD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO |
| v. | ) CONTINUE STATUS HEARING AND TO |
| | ) EXCLUDE TIME |
| | ) |
| WILLIAM LESLEY, | ) Requested motion hearing date: 7-16-2024 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Dale A. Drozd |
| ==============================) | |

It is hereby stipulated between the parties, Haddy Abouzeid, Assistant United States Attorney, and Michael D. Long, attorney for defendant WILLIAM LESLEY, that the status hearing set for June 11, 2024, at 9:30 a.m., before Judge Drozd, should be vacated in light of the motion to suppress filed by the defense.  Time will be excluded through the date of the July 16, 2024, hearing concerning the defense motion to suppress.

The schedule for the motion to suppress will be as follows:

June 25, 2024, for the government to file its opposition brief.

July 9, 2024, for the defense to file a reply brief, if any.

July 16, 2024, at 9:30 a.m., before Judge Drozd, for the hearing on the motion to suppress.

A further status conference will be scheduled during the court hearing on July 16, 2024.

This stipulation only concerns defendant WILLIAM LESLEY.

The parties further agree that this court should make a finding of good cause for the requested extension of time because the defense has filed a motion and that motion is pending the hearing on July 16, 2024.  Further, the government has provided 180 pages of discovery and multiple audio and body camera recordings.  Mr. Long continues to read and view the discovery, investigate the case and meet with his client.  Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of the defendant in a speedy trial.  Time has already been excluded through June 11, 2024.

The request for extending the date for the status conference is at the specific request of the defendant and with the knowing, intelligent and voluntary waiver of the defendant's speedy trial rights under the law.  The government agrees that a continuance is necessary.  Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from today's date to July 16, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants Lesley's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, and for delay resulting from litigating the pretrial motion under 18 U.S.C. Section 3161(h)(1)(D) [local code E].

Nothing in this stipulation and proposed order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: June 6, 2024                           Respectfully submitted,

                                             /s/ Michael D. Long
                                             MICHAEL D. LONG
                                             Attorney for William Lesley

Dated: June 6, 2024                           PHILLIP TALBERT
                                             United States Attorney

                                             /s/ Haddy Abouzeid
                                             HADDY ABOUZEID
                                             Assistant United States Attorney

## ORDER

Pursuant to the stipulation of the parties and good cause appearing:

1.) The current status hearing set for June 11, 2024, is hereby vacated.

2.) The briefing schedule for the motion to suppress filed by the defense on June 3, 2024 (Doc. No. 36) will be as follows: June 25, 2024, for the government to file its opposition brief.  July 9, 2024, for the defense to file a reply brief, if any.

3.) The hearing on defendant Lesley's motion to suppress evidence is now scheduled for July 16, 2024, at 9:30 a.m., before Judge Drozd;

4.) A further status conference will be scheduled during the court hearing on July 16, 2024, if appropriate; and

5.) Time is deemed excludable through the July 16, 2024, hearing date on the defense motion to suppress evidence pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] and due to the motion to suppress filed by the defense pursuant to 18 U.S.C. Section 3161(h)(1)(D) [local code E].  The Court also finds, based on the motion filed by the defense and the stipulation of the parties, that the ends of justice served by taking

6.) such action outweigh the best interest of the public and the defendant in a speedy trial. Time is excluded through the new motion hearing date of July 16, 2024.

IT IS SO ORDERED.

Dated: __June 9, 2024__

DALE A. DROZD
UNITED STATES DISTRICT JUDGE