1  PHILLIP A. TALBERT
   United States Attorney
2  HADDY ABOUZEID
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              CASE NO.  2:23-CR-00178-DAD-2

12                      Plaintiff,          STIPULATION AND ORDER TO SET CHANGE
                                            OF PLEA HEARING
13              v.
                                            DATE: July 30, 2024
14  WILLIAM LESLEY,                         TIME: 9:30 a.m.
                                            COURT: Hon. Dale A. Drozd
15                      Defendant.

16

17                              **STIPULATION**

18         Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20         1.     By previous order, this matter was set for a hearing regarding a motion to suppress on

21  July 16, 2024.  ECF No. 38.

22         2.     Following briefing and oral argument by the parties, the matter was submitted for

23  decision on July 16, 2024.  ECF No. 44.

24         3.     No other court date is currently scheduled.

25         4.     The parties agree and stipulate, and request that the Court find the following:

26                a)     The United States and the defendant have reached terms of a plea agreement

27  under which the defendant intends to plead guilty.

28                b)     Defendant hereby withdraws his motion to suppress filed on June 3, 2024, and

STIPULATION AND ORDER TO SET CHANGE OF PLEA          1
HEARING

1    subsequent memorandum of support of his motion to suppress filed on July 17, 2024.  ECF Nos.

2    36, 45.

3          c)      The parties stipulate to set a hearing for the defendant's change of plea on July 30,

4    2024, at 9:30a.m. before United States District Judge Dale A. Drozd.

5

6    IT IS SO STIPULATED.

7

8    Dated:  July 29, 2024                          PHILLIP A. TALBERT
                                                     United States Attorney
9

10                                                   /s/ HADDY ABOUZEID
                                                     HADDY ABOUZEID
11                                                   Assistant United States Attorney

12

13   Dated:  July 29, 2024                          /s/ MICHAEL D. LONG
                                                     MICHAEL D. LONG
14                                                   Counsel for Defendant
                                                     WILLIAM LESLEY
15

16

17                                  **ORDER**

18
     IT IS SO ORDERED.
19

20   Dated:   **July 29, 2024**          _____
                                         DALE A. DROZD
21                                       UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

STIPULATION AND ORDER TO SET CHANGE OF PLEA          2
HEARING